07048-98

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 30 AM 8:43
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: [signature] DEPUTY

UNITED STATES OF AMERICA,

V.

Alberto Jacobo LARA

#144038

**WARRANT FOR ARREST**

CASE NUMBER: 08 MJ 0254

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ALBERTO JACOBO LARA
Name

and bring him forthwith to the nearest magistrate to answer an

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

charging him with

**Deported Alien Found in the United States**

in violation of: **Title 8, United States Code, Section 1326**

RECEIVED
2008 JAN 28 A 11:14
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

Hon. Jan M. Adler
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

[signature]
Signature of Issuing Officer

January 25, 2008, San Diego, California
Date and Location

________________ (By) Deputy Clerk

**Bail Fixed at $** NONE SET **by** **Name of Judicial Officer**

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at San Diego County Sheriff Dept. Vista Detention Center | | |
| **DATE RECEIVED** 1/25/2008 **DATE OF ARREST** 1/25/2008 | **NAME AND TITLE OF ARRESTING OFFICER** Jose Gonzalez ICE Special Agent | **SIGNATURE OF ARRESTING OFFICER** [signature] |